# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1312

_____

James Charles Fudge,      *

     *

        Appellant,      *

     *    Appeal from the United States

     v.      *    District Court for the

     *    Eastern District of Arkansas.

J. T. Banks, Assistant Warden, Varner      *

Super Max, ADC; R. Evans, Lt., Varner   *

Super Max, ADC; E. Hobbs, Lt.,      *

Arkansas Department of Corrections;      *    [UNPUBLISHED]

T. Nelson-Courtney, Correctional      *

Officer, Varner Super Max, ADC;      *

R. McCarrell, originally sued as      *

K. McCarrell,      *

     *

        Appellees.      *

_____

Submitted: February 26, 2010
Filed: March 3, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate James Fudge appeals from the judgment of the District Court[1] entered in accordance with a jury verdict in favor of defendants on Fudge's excessive-force claims. Upon careful review, we find no basis for reversal. Specifically, we find no merit to Fudge's arguments on appeal, all of which relate to the District Court's handling of voir dire and evidentiary matters during trial. See Nicklasson v. Roper, 491 F.3d 830, 835 (8th Cir. 2007) ("The conduct of voir dire is generally left to the trial court's sound discretion."), cert. denied, 128 S. Ct. 2052 (2008); Cavataio v. City of Bella Villa, 570 F.3d 1015, 1020 (8th Cir. 2009) (noting that this Court will reverse on the basis of an erroneous evidentiary ruling only if that ruling is a clear and prejudicial abuse of the district court's broad discretion); EEOC v. HBE Corp., 135 F.3d 543, 551 (8th Cir. 1998) ("A timely and specific objection is necessary for a successful evidentiary appeal in the absence of plain error.").

Accordingly, we affirm.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.